HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
HANNAH ROSE LABAREE, SBN #294338
Assistant Federal Defender
801 "I" St.
Sacramento, CA 95822
Telephone: (916)498-5700
Fax: (916)498-5710

Attorneys for Defendant
LAWRENCE EMIT MACKEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LAWRENCE EMIT MACKEN,<br><br>Defendant. | Case No. 2:20-cr-23 KJM<br><br>**LIMITED WAIVER OF<br>PERSONAL APPEARANCE<br>AT BAIL HEARING**<br><br>Date:  January 27, 2021<br>Time: 2:00 P.M.<br>Judge: Honorable Carolyn K. Delaney |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant, LAWRENCE EMIT MACKEN, hereby waives his right to be present in person in open court or by video teleconference pursuant to the CARES Act § 15002(b), for the upcoming Bail Hearing, scheduled for January 27, 2021 at 2:00 P.M.

Mr. Macken is currently COVID positive and as such is being held in quarantine at the Sacramento County Jail and will not be produced for his scheduled bail review hearing on January 27, 2021 at 2:00 P.M. before this Court. Pursuant to Gen. Order 616, counsel for Mr. Macken signs this waiver on his behalf.

Dated: January 22, 2021

                                             */s/ Hannah Rose Labaree for Lawrence Macken,*

MACKEN/Waiver of appearance

1

1
2   Dated: January 22, 2021
3
4
5
6
7          IT IS SO ORDERED.
8
9   Dated: January 25, 2021
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LAWRENCE EMIT MACKEN
(Defendant)

*/s/ Hannah Rose Labaree*

HANNAH ROSE LABAREE
Assistant Federal Defender
Attorney for Defendant

*[signature: Carolyn K. Delaney]*

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE