HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant
LAWRENCE MACKEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:20-cr-00023-KJM |
| Plaintiff, | |
| vs. | ORDER TO FILE UNDER SEAL DEFENDANT'S EXHIBIT A TO MOTION TO REVOKE DETENTION ORDER |
| LAWRENCE MACKEN, | |
| Defendant. | |

**IS HEREBY ORDERED** that the Request to Seal Exhibit A to Lawrence Macken's

Motion to Revoke Detention Order is GRANTED, so that the private information is not available

on the public docket. The records are to be provided to the Court and opposing counsel.

These documents shall remain under seal until further Order of the Court.

Dated: February 9, 2021

_____
CHIEF UNITED STATES DISTRICT JUDGE

Order to Seal Documents